IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RSUI INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACKERMAN McQUEEN, INC., HENRY | ) |
| MARTIN, JESSE GREENBERG, WILLIAM | ) |
| WINKLER, MELANIE MONTGOMERY, | ) |
| and MERCURY GROUP, INC., | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:20-CV-1048-C |

## ORDER

Having failed to comply with the Court's Order of August 3, 2020, the Court hereby **ORDERS** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.[1]

SO ORDERED this 24th day of August, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court's Order of August 3, 2020, required that Plaintiff provide proof of having effectuated service of process on the named Defendants by no later than 9:00 a.m. on August 14, 2020. *See* Doc. 3.